AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

THE PERSON OF ADACASIA MILLER (YOB 1989) FOR DNA

Case No. MR 25-764

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A, incorporated by reference.

located in the ______ District of New Mexico, there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B, incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2113 | Bank Robbery |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ______ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

FBI Special Agent Thomas Raborg
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonically sworn and electronically signed *(specify reliable electronic means)*.

Date: April 24, 2025

[signature]
*Judge's signature*

City and state: Albuquerque, NM

Jennifer M. Rozzoni, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PERSON OF ADACASIA MILLER (YOB 1989) FOR DNA | Case No. |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE**

1. I, Thomas Raborg, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

2. I make this affidavit in support of an application for a search warrant under Federal Criminal Procedure 41 for a warrant to search the body of Adacasia Miller (hereinafter referred to as "MILLER"), to collect hair samples and deoxyribonucleic acid (DNA) samples by way of buccal swabs. I believe MILLER's DNA may be present on items used in the commission of a bank robbery–to include a brown hair piece/wig and a spray paint can, among other items–which were located during the execution of a search warrant.

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed since August 2021. I am currently assigned to the Albuquerque Field Office, Gallup Resident Agency. My primary duties as a Special Agent with the FBI includes investigating federal crimes including violent crimes occurring within our jurisdiction, to include within the federal recognized Indian territories. Prior to joining the FBI, I was a Patent Examiner at the U.S. Patent and Trademark Office, where I examined biotechnology patent applications. I was also a high school science teacher and a pharmaceutical chemistry

researcher. After joining the FBI, I served as an Agent on a counterintelligence squad and on the surveillance squad at the FBI Salt Lake City Division. I have now been with the FBI Gallup Resident Agency investigating Indian Country crimes for approximately one-and-a-half months.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PURPOSE OF AFFIDAVIT

5. Based on the facts set forth in this affidavit, there is probable cause to believe that 18 U.S.C. § 2113 – Bank Robbery, has been committed by Adacasia MILLER, year of birth 1989. Because there is probable cause to believe MILLER handled and wore items used in the commission of the relevant offense, there is also probable cause to believe that MILLER's DNA will be found on pieces of evidence collected in this investigation. Therefore, there is probable cause to collect DNA samples from MILLER via buccal swab, as well as hair samples, to compare them with samples collected from lawfully seized evidence in this case.

6. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law-enforcement personnel and witnesses. I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary for the limited purpose of establishing probable cause to conduct a search. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended

to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

**FACTS AND CIRCUMSTANCES**

7. On May 7, 2022, the FBI received notice that the Wells Fargo Bank located at 201 1st Street, Grants, New Mexico, which is federally insured, was robbed. The FBI responded to the scene and learned from the responding Grants Police Department (GPD) Detectives that at about 11:30 a.m., on May 7, 2022, a white female with brown hair, wearing a blue surgical face mask, a brown hair piece, black gloves with white lettering, a dark grey sweater, black sweatpants, and red shoes with white trim entered the Wells Fargo Bank armed with a black handgun. At least two tellers were working at the bank when the white female demanded cash from the tellers while threatening them with the firearm by pointing the firearm at them. GPD obtained still shots of the white female from the Wells Fargo Bank surveillance system as well as still shots of a black SUV that the white female arrived and departed the bank in.

8. Wells Fargo personnel reported that approximately $950 was taken by the white female during the robbery.

9. The FBI reviewed the still shots from the bank surveillance system and found that the black SUV vehicle had blacked out wheels and vehicle emblems, was without a license plate, and appeared to have been manufactured by BMW. GPD reported that witnesses believed that the white female suspect entered a passenger seat of the vehicle before departing, meaning that a driver was also involved in this robbery.

10. On May 9, 2022, FBI Agents with the assistance of Cibola County Sheriff's Office Deputies, went to a residence located on San Jose Avenue, Milan, New Mexico, to search for another individual who had an active arrest warrant and was associated with the address. At this residence, law enforcement officers made contact with a female hereto referred

to as WITNESS 1.[1] WITNESS 1 provided Law Enforcement Officers with a verbal consent to inspect the property for the individual with the active warrant.

11. During the consent search of the property, officers observed in plain view on the floor near the front door a brown hair piece, and in the rear of the property officers located underneath the open-air carport a New Mexico license plate (ATLX06), and a black spray paint canister. A vehicle query for this license plate showed it was registered to a black 2008 BMW X3 with registered owned MILLER. At this time, the search of the property was suspended, and a federal search warrant was sought to search the residence on San Jose Avenue, Milan, New Mexico, including all vehicles and external structures, for evidence of the bank robbery. The warrant was approved by U.S. Magistrate Judge B. Paul Briones.

12. The search of the residence revealed items which appeared associated with the May 7, 2022, robbery at Wells Fargo. Located within the washing machine was a dark grey hooded sweater, black gloves with white lettering, black sweatpants, and red shoes with white trim, all consistent with the items of clothing worn by the female suspect during the robbery. Found within the garage of the property was a 2008 black BMW X3 SUV without a license plate. The manufacturer's emblems were blacked out and the license plate had been removed. The VIN number for the black BMW X3 showed that this was MILLER's registered vehicle. A closer review of the blacked-out emblems showed what appeared to be black spray paint having been applied to the black BMW. A black spray paint canister was collected during the search of the residence as well.

13. A review of the driver's license for MILLER showed that she is a white female with brown hair. MILLER's reported body characteristics showed that she is similar in size and stature to the white female bank robber of the Wells Fargo.

[1] Here and throughout, the full name and identity of the Witnesses are known to law enforcement, but not included here to protect the witness's identity.

14. On May 11, 2022, the Albuquerque Police Department (APD) received a call from MILLER, who reported that her vehicle, the black BMW X3, had been stolen by someone she knew. An APD Officer responded to MILLER's registered home address on Gold Avenue SE, Albuquerque, New Mexico (hereto referred to as the "Gold Avenue address") to meet with MILLER for additional details regarding her stolen vehicle. MILLER reported to APD officers that she believed her vehicle was stolen on or about May 6, 2022, which was the day before the robbery under investigation. APD officers asked MILLER if she had been outside of the city limits since her vehicle had been stolen, and MILLER stated that she had not. MILLER further reported to APD that she lost her phone on or about May 8, 2022, and that her contact number was 505-494-8091. Law enforcement databases showed this number was associated with MILLER's husband. MILLER initially provided phone number 505-312-2272 to APD dispatch as a phone number to contact MILLER.

15. After receiving additional information in connection with the investigation, FBI Special Agent Sean Cave went to the Sky City Casino on May 12, 2022, located in Acoma Pueblo, to review security camera footage with a Sky City Casino Surveillance Technician (hereinafter referred to as "WITNESS 2"). WITNESS 2 showed the FBI security footage from May 7, 2022, at approximately 3:00 a.m., where a black BMW SUV X3–the same color, make, and model as MILLER's–arrived at Sky City Casino. The driver was a white female with brown hair who entered the casino. Agent Cave reviewed the footage of this same individual inside Sky City Casino and identified her as MILLER.

16. MILLER was observed at Sky City Casino and the associated businesses until about 9:00 a.m. on May 7, 2022. Therefore, from review of the footage from Sky City Casino, the black BMW SUV X3 appears to have been in MILLER's possession a few hours before the robbery at Wells Fargo Bank and not in fact stolen on May 6, 2022, as MILLER reported to APD.

17. On May 13, 2022, the Honorable B. Paul Briones, United States Magistrate Judge, issued a warrant to search MILLER for, among other evidence, a DNA sample and hair samples. However, law enforcement was not able to locate MILLER within 14 days. On May 17, 2022, FBI Agents executed a search at the Gold Avenue address, the believed home address for MILLER and her husband. MILLER previously reported this address as her primary residence to APD and even met with APD at this location to report her vehicle stolen. Further, MILLER's driver's license reported this as her home residence. However, when the FBI executed the search of the Gold Avenue address at about 6:00 a.m., no one was found at the location. A search of the Gold Avenue address showed various clothing strewn throughout the floors of the residence, the bedrooms were almost devoid of any furniture or bedding, and the kitchen showed little sign of ongoing use. Given the condition of the residence, in my training and experience, the Gold Avenue address did not appear to be the actual residence for MILLER or anyone else.

18. During the afternoon of May 17, 2022, an individual claiming to be MILLER's husband called a GPD Detective working this investigation with SA Cave from 505-312-2272, the number provided by MILLER previously. Earlier in the day, law enforcement called 505-312-2272 and sent text messages to this number indicating that MILLER's black BMW was recovered. SA Cave, who was a party to this conversation, heard MILLER's husband question how to obtain MILLER's black BMW X3 from law enforcement. SA Cave asked to speak with MILLER. A female then took over the conversation stating to be MILLER and confirmed MILLER's date of birth. MILLER confirmed that her vehicle was stolen and wanted to recover the vehicle. MILLER reiterated that her home address was the Gold Avenue address. MILLER stated that she would meet in Grants, New Mexico, at the police department to collect her vehicle the following afternoon. MILLER did not show on May 18, 2022.

19. Several of the seized items, including the brown wig, spray paint can, and license plate, were sent to the FBI Laboratory for analysis. The items included the hair piece, spray paint can, and license plate seized from 706 San Jose Ave. Trace hair/fibers were identified as secondary evidence from the brown wig. On March 29, 2023, the FBI Laboratory released a report indicating that swabbing of the brown wig and spray paint can had returned DNA suitable for comparison purposes.

20. The FBI identified MILLER's then-current residence on Ellison Street Northeast, Albuquerque, New Mexico (the Ellison Street apartment). This apartment is located in a complex consisting of studio apartments. Agents conducted surveillance several times at this location in an attempt to locate MILLER.

21. On August 15, 2023, physical surveillance was conducted at the Ellison Street Apartment by SAs and TFOs with the FBI. MILLER was observed in a gold Toyota Sienna with New Mexico license plate and entering the Ellison Street apartment.

22. On September 15, 2023, the Honorable Steven C. Yarbrough signed a warrant authorizing the search of MILLER's person for DNA and hair fibers in case number 23-mr-1793. On September 19, 2023, FBI Agents attempted to locate and execute the search warrant for DNA and hair fibers for MILLER at MILLER's suspected Ellison Street apartment. FBI Agents were informed by a property manager that MILLER moved out on short notice and no forwarding information was provided.

23. On May 9, 2024, FBI SA Eli Grady received an email advising that MILLER's husband, Gregory MONTOYA, wanted to report a crime. MONTOYA reported "OnStar" in his vehicle was hacked and individuals were controlling his vehicle. MONTOYA also believed his mail was being stolen. SA Grady contacted MONTOYA via telephone regarding the issues MONTOYA reported. MONTOYA confirmed his current residence was on Glenn Drive, in

Albuquerque, New Mexico. The residence belonged to MONTOYA's mother. MONTOYA confirmed MILLER and their child live at the location with him.

24. On May 10, 2024, the Honorable B. Paul Briones, United States Magistrate Judge, issued a warrant to search MILLER for, among other evidence, a DNA sample and hair samples in case no 24-MR-909. SA Grady visited the residence at 4004 Glenn Drive in Albuquerque, New Mexico, and interviewed MONTOYA's mother, who told him that MILLER did not reside at the residence, and was believed to bounce around locations in Albuquerque, New Mexico. However, law enforcement was not able to locate MILLER within 14 days.

25. On June 12, 2024, the Bernalillo County Sheriff was waved down by MILLER near 3824 4th Street, Albuquerque, New Mexico. Miller wanted to report child abuse by her husband, MONTOYA. During their investigation deputies noted the vehicle MILLER was in, a silver sedan with NM license plate BTZT02. The vehicle registration came back to a Samantha CHAVEZ with an address on Headlingly Way NW, Albuquerque, New Mexico. The deputy asked MILLER if she was staying at the Headingly address and MILLER replied yes, and confirmed the house number.

26. On September 4, 2024, SA Grady contacted MILLER's mother, Marion MITCHELL, via telephone. MITCHELL did not know exactly where MILLER was staying, but she believed it was near 4th Street in NW Albuquerque. SA Grady asked if Headlingly Avenue sounded familiar and MITCHELL immediately responded, "Yes, that's it." As a result, SA Grady believed MILLER to be currently within the District of New Mexico.

27. On September 9, 2024, the Honorable B. Paul Briones, United States Magistrate Judge, issued a warrant to search MILLER for, among other evidence, a DNA sample and hair samples in case no. 24-MR-1641. SA Grady visited the residence on Headlingly Way in Albuquerque, New Mexico, and interviewed associates of MILLER, who told SA Grady that

MILLER did not reside at the residence anymore, and was believed to bounce around locations in Albuquerque, New Mexico. However, law enforcement was not able to locate MILLER within 14 days.

28. On October 9, 2024, SA Grady was advised that MILLER had an active arrest warrant filed in the country of Bernalillo, State of New Mexico, by the Albuquerque Police Department.

29. On November 16, 2024, MILLER was arrested by law enforcement and booked into the Metropolitan Detention Center in Albuquerque, New Mexico.

30. On November 19, 2024, the Honorable B. Paul Briones, United States Magistrate Judge, issued a warrant to search MILLER for, among other evidence, a DNA sample and hair samples in case no. 24-MR-2120. However, before SA Grady attempted to serve the warrant on MILLER, he learned that she had already been released. Law enforcement were thus not able to locate MILLER within 14 days.

31. On April 24, 2025, I received a notification from the FBI Criminal Justice Information Services division regarding a Criminal Fingerprint Submission for MILLER.

32. On April 23, 2025, MILLER was arrested by local law enforcement and booked into the Metropolitan Detention Center in Albuquerque, New Mexico, at 5:50 p.m. Per online jail records, MILLER was booked on charges of Burglary, Larceny (over $250.00 but not more than $2,500.00), Conspiracy to Commit a Felony, Fraudulent use of a credit card, and Criminal damage to property. I called the Metropolitan Detention Center and confirmed that MILLER would be held until her court appearance, which is on 04/25/2025 at 1:30 p.m.

33. In my training and experience, I have learned that DNA, including DNA contained in human hair, can remain on evidence items long after collection of the items. I have also learned that a comparison of hair and DNA from subjects can provide law enforcement crucial evidence in furtherance on an investigation. This warrant requests DNA samples and

hair samples from MILLER to compare to items seized in this case, to include a brown hair piece/wig and a spray paint can. This warrant seeks the authorization to collect the requested hair samples from MILLER's head to compare to the sample found during analysis of the brown hair piece that was collected.

34. Based on the aforementioned information, including MILLER's propensity to flee law enforcement, I believe that MILLER may not comply with this search warrant. Therefore, I request the Court's permission to use reasonable force, only if necessary, to execute this search warrant.

## CONCLUSION

35. Based on information contained herein, I believe that there is probable cause to search the personhood of MILLER, described in Attachment A, for the items described in Attachment B, which are evidence, fruits, and/or instrumentalities of, or property, used in violations of 18 U.S.C. § 2113 – Bank Robbery.

36. Assistant United States Attorney Maria Stiteler reviewed this affidavit for legal sufficiency

Respectfully submitted,

________________
Raborg, Thomas (AQ) (FBI)
Special Agent
Federal Bureau of Investigation

Electronically submitted and telephonically sworn to before me on 04/24/2025:

________________________________
JENNIFER M. ROZZONI
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEW MEXICO

## ATTACHMENT A

**Person and Place to Be Searched**

1. The person of ADACASIA MILLER (year of birth 1989), so long as she is located in the District of New Mexico at the time of the search.



# ATTACHMENT B

## Particular Things to be Seized

The following material, which constitute evidence of the commission of a criminal offense, 18 U.S.C. § 2113-bank robbery:

1. Photographs of ADACASIA MILLER.
2. DNA evidence in the form of saliva with a buccal swab.
3. Head hair samples consisting of twenty-five (25) full-length hairs from all areas of the scalp.
4. Law enforcement may use reasonable force, only if necessary, to execute this search warrant.